**TAGUE v. DELAWARE, L. & W. R. CO.**

Civ. A. No. 5757.

District Court, E. D. New York.

March 13, 1946.

See, also, 5 F.R.D. 323.

Blank & Convisser, of Brooklyn, N.Y., (William A. Blank, of Brooklyn, N. Y., of counsel), for plaintiff for motion.

John E. Morrissey, of New York City, for defendant, opposed.

INCH, District Judge.

The motion is granted—such requests are largely in the discretion of the court exercised in accordance with the new Rules of Civil Procedure, 28 U.S.C.A. following § 723c. I see nothing "privileged" as to these reports and written statements. I do not mean by this to decide where oral statements by a client to his attorney is concerned. Nothing of that nature is here presented. These reports and statements may be useful to plaintiff. Connecticut Imp. Co. v. Continental Distilling Corp., D.C., 1 F.R.D. 190.

Settle order.